**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Ismael A.-G.,

Petitioner,

v.

Todd Blanche, *in his official capacity as Acting Attorney General of the United States*; Markwayne Mullin, *in his official capacity as Secretary of the Department of Homeland Security*; David J. Venturella, *in his official capacity as Acting Director of United States Immigration and Customs Enforcement*; David Easterwood, *in his official capacity as Acting Director of United States Immigration and Customs Enforcement*; and Eric Tollefson, *in his official capacity as Sheriff of Kandiyohi County*.

Respondents.

Case No. 26-cv-03680 (ECT/ECW)

**ORDER**

---

IT IS HEREBY ORDERED THAT:

1. Respondents are directed to file an answer to the petition for a writ of habeas corpus of petitioner Ismael A.-G. within 14 days of this order certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

b. A reasoned memorandum of law and fact explaining respondents' legal position on Petitioner's claims; and

c. Respondents' recommendation on whether an evidentiary hearing should be conducted.

3. If Petitioner intends to file a reply to respondents' answer, he must do so within 7 days of the date when the answer is filed. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

Dated: August 20, 2026

*s/Elizabeth Cowan Wright*
Elizabeth Cowan Wright
United States Magistrate Judge