UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Ismael A.-G.,

Petitioner,

v.

Todd Blanche, *in his official capacity as Acting Attorney General of the United States*; Markwayne Mullin, *in his official capacity as Secretary of the Department of Homeland Security*; David J. Venturella, *in his official capacity as Acting Director of United States Immigration and Customs Enforcement*; David Easterwood, *in his official capacity as Acting Director of United States Immigration and Customs Enforcement*; and Eric Tollefson, *in his official capacity as Sheriff of Kandiyohi County*,

Respondents.

File No. 26-cv-3680 (ECT/ECW)

**ORDER**

Petitioner Ismael A.-G. filed a Verified Petition for Writ of Habeas Corpus on August 19, 2026. ECF No. 1. Respondents[1] have informed the Court that Ismael was removed to Nicaragua on September 12, 2026. *See* ECF No. 10. Because Ismael has been removed and is no longer in Respondents' custody, I do not have the ability to grant him habeas relief. Ismael's habeas petition is therefore moot. *See Morley v. Trump*, No. 25-

[1] "Respondents" refers to Attorney General Blanche, Secretary Mullin, Acting Director Venturella, and Acting Director Easterwood. Kandiyohi County Sheriff Tollefson has not appeared in these proceedings.

cv-1580 (KMM/JFD), 2025 WL 1757639, at *2 (D. Minn. June 25, 2025) (finding a habeas petition moot where petitioner was removed from the United States).

Therefore, based on the foregoing, and on all the files, records, and proceedings in this case, **IT IS ORDERED** that:

1. Petitioner Ismael A.-G.'s Verified Petition for Writ of Habeas Corpus [ECF No. 1] is **DENIED AS MOOT**; and

2. The action is **DISMISSED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 23, 2026

s/ Eric C. Tostrud
Eric C. Tostrud
Chief Judge, United States District Court